Nathaniel Durrance, State Bar No. 229210
nate@newmanlaw.com
NEWMAN DU WORS LLP
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
Phone: (206) 274-2800
Facsimile: (206) 274-2800

Counsel for Plaintiff
Saber Interactive Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABER INTERACTIVE INC., <br><br> Plaintiff, <br><br> v. <br><br> OOVEE, LTD., ZANE SAXTON, DEVIN MILSOM, and VINCE MILSOM, <br><br> Defendants. | Case No. 4:22-cv-01042-HSG <br><br> **[PROPOSED] ORDER DIRECTING SERVICE OF PROCESS UNDER FED. R. CIV. P. 4(f)(3).** <br><br> Hearing Date:  January 19, 2023 <br> Hearing Time:  2:00 p.m. |

This matter, having come before the Court on Plaintiff Saber Interactive Inc.'s Motion for an Order Directing Foreign Service of Process Under Rule 4(f)(3) of the Federal Rules of Civil Procedure; and the Court having considered the Motion, as well as any filings in opposition and reply; and finding good cause for the motion; the Court now, therefore,

ORDERS that Plaintiff's Motion for an Order Directing Foreign Service of Process is hereby GRANTED.

It is further ORDERED that Plaintiff shall serve process on Defendants Oovee Ltd., Zane Saxton, Devin Milsom and Vincent Milsom by sending, via legal messenger, 1. Plaintiff's Complaint; 2. Civil Cover Sheet; 3. Report on the Filing or Determination of an Action or Appeal Regarding a Copyright; 4. Initial Case Management Scheduling Order with ADR Deadlines; 5. Summons as to Oovee Ltd.; 6. Summons as to Zane Saxton; 7. Summons as to

Devin Milsom; 8. Summons as to Vincent Milsom 9. Summons as to Oovee Ltd., and 10. a copy of this Order, all as prepared by Plaintiff, to the following address:

>  Mr. Michael E. Chait
>  Savitt Bruce & Willey LLP
>  1425 Fourth Avenue, Suite 800
>  Seattle, WA 98101-2272

DATED this _____ day of _____, 202_.

_____
The Honorable Haywood S. Gilliam Sr.
United States District Court Judge