Nathaniel Durrance, State Bar No. 229210
*nate@newmanlaw.com*
NEWMAN DU WORS LLP
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
Phone: (206) 274-2800
Facsimile: (206) 274-2800

Counsel for Plaintiff
Saber Interactive Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABER INTERACTIVE INC., <br><br> Plaintiff, <br><br> v. <br><br> OOVEE, LTD., ZANE SAXTON, DEVIN MILSOM, and VINCE MILSOM, <br><br> Defendants. | Case No. 4:22-cv-01042-HSG <br><br> **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(A)** |

PLEASE TAKE NOTICE that Plaintiff Saber Interactive Inc. dismisses this action with prejudice in its entirety and without costs or attorneys' fees to either party. The dismissal is made pursuant to F.R.Civ.P. 41(A).

Dated: December 6, 2022

Respectfully submitted,

/s/ Nathaniel Durrance
Nathaniel Durrance, State Bar No. 229210
NEWMAN DU WORS LLP
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
Telephone:   (206) 274-2800
Facsimile:   (206) 274-2801
Email:       *nate@newmanlaw.com*

*Counsel for Plaintiff*
Saber Interactive Inc.